UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11285 GAO

```
*****************************
ELIZABETH FLATTES           *    MAGISTRATE JUDGE Sorokin
                            *
            Plaintiffs      *
                            *
v.                          *
                            *
HSBC MORTGAGE SERVICES      *
                            *
            Defendant       *
                            *
*****************************
```

RECEIPT # 65100
AMOUNT $250
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK:
DATE 6/20/05

**NOTICE OF REMOVAL OF MATTER TO UNITED STATES DISTRICT COURT**

NOW COMES the defendant, HSBC Mortgage Services, "HSBC" and pursuant to Chapter 28, Section 1441 of the United States Code hereby removes the action pending in the Plymouth County Superior Court a Civil Action PLCV2005-00567 to the United States District Court, District of Massachusetts.

GROUNDS FOR REMOVAL

1. This action is removable from the state court to this Federal District Court since it is a civil action and diversity exists under Chapter 28, Section 1332.

2. The plaintiff in this action, is a resident of Massachusetts who resides at 275 Summer Street, Brockton, MA 02302.

3. The defendant is a Delaware corporation with a principle place of business at 636 Grand Regency Blvd, Bandon, Florida 33510.

4. The plaintiff is *pro se* and has filed a "complaint" in the Plymouth County Superior Court civil action number PLCV2005-00567 to stay the foreclosure sale.

5. The unpaid balance of the mortgage being foreclosed was $158,621.16 as of May 6, 2005. A copy of all of the pleadings received to date is attached hereto as Exhibit A.

6. This pleading is signed under Federal Rules of Civil Procedure Rule 11.

WHEREFORE the defendant, HSBC, hereby requests that this Court accept jurisdiction over this matter.


Dated: 6-17-05

Reneau J. Longoria Esq.
BBO #635118
John A. Doonan, Esq.
BBO #547838
Doonan, Graves & Longoria
100 Cummings Center
Suite 213C
Beverly, MA 01915
978-921-2670

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2005-00567
### Flattes v HSBC Mortgage Services

| | | | | | |
|---|---|---|---|---|---|
| File Date | 05/16/2005 | Status | Needs review for service (acneserv) | | |
| Status Date | 05/16/2005 | Session | A - Civil A - CtRm 5 (Brockton) | | |
| Origin | 1 | Case Type | D99 - Misc equitable remedy | | |
| Lead Case | | Track | F | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/14/2005 | Answer | 10/13/2005 | Rule12/19/20 | 10/13/2005 |
| Rule 15 | 10/13/2005 | Discovery | 03/12/2006 | Rule 56 | 04/11/2006 |
| Final PTC | 05/11/2006 | Disposition | 07/10/2006 | Jury Trial | Unknown |

### PARTIES

**Plaintiff**
Elizabeth J. Flattes
275 Summer Street
Brockton, MA 02302
Phone: 508-586-7243
Active 05/16/2005 Notify

**Defendant**
HSBC Mortgage Services
P.O. Box 17580
Baltimore, MD 21297-1580
Service pending 05/16/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/16/2005 | 2.0 | Summons and order of notice issued; returnable May 19, 2005 @ 2:00 in Brockton |
| 05/16/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 05/16/2005 | | Issue order of notice - returnable May 19, 2005 *will serve via long arm via certified mail return receipt requested (John B. Deady, Asst. Clerk) |
| 05/16/2005 | | Origin 1, Type D99, Track F. |
| 05/19/2005 | | MOTION for Preliminary Injunction ALLOWED (Richard J. Chin,Justice) cc: in hand |
| 05/19/2005 | 3.0 | Preliminary injunction issued ENJOINED from: See Order (Richard J. Chin,Justice) cc: in hand |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 05/19/2005 | Civil A - CtRm 5 (Brockton) | Motion/Hearing: prel inj | Event held as scheduled |


EXHIBIT A

05-00567A

Complaint

Elizabeth J. Flattes vs. HSBC

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY
FILED
MAY 16 2005
[signature]
CLERK

NOW COMES THE PLAINTIFF, ELIZABETH J. FLATTES, OF 275 SUMMER ST., BROCKTON, COUNTY OF PLYMOUTH, COMMONWEALTH OF MASSACHUSETTS, REQUESTING AN EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION FOR THE REMOVAL OF THE FORECLOSURE FROM THE TITLE AND THE DELAY OF THE FORECLOSURE AND SALE AT AUCTION OF THE ABOVE NAMED PROPERTY

ALTHOUGH THE PLAINTIFF DOES NOT DISAGREE THE DEFAULT OF THE MORTGAGE CONTRACT, SHE HAS MADE MULTIPLE ATTEMPTS TO REACH AN EQUITABLE SOLUTION TO THE SITUATION INCLUDING BUT NOT LIMITED TO REFINANCING, CHAPTER 13 BANKRUPTCY AND FINALLY SALE OF SAID PROPERTY.

THE HOUSEHOLD MORTGAGE WAS A REFINANCE AT A LOWER RATE TO ENABLE BETTER PAYMENTS HOWEVER DUE TO SERIIOUS BUSINESS LOSSES I CONTINUED TO HAVE TROUBLE. IN A SHORT AMOUNT OF TIME AND AFTER THE LOSS OF MY FEDERAL POSTAL CONTRACT I HAD NO CHOICE BUT TO DECLARE A CHAPTER 13 BANKRUPTCY, THINGS CONTINUED TO GO DOWNHILL UNTIL FINALLY I REALIZAED THAT I HAD NO OPTION BUT TO SELL MY HOMESTEAD OF THIRTY-FIVE YEARS.

ACCORDINGLY I PUT THE HOME4STEAD ON THE MARKET WITH DEBRA KRUFF OF PLATINUM REALTY IN DECEEMBER 2004. A PURCHASE AND SALES AGREEMENT WAS SIGNED ON APRIL 25, 2005. WITH A MORTGAGE OBTAINED THROUGH AMERICAN MORTGAGE COMPANY WITH A CLOSING DATE OF MAY 27, 2005.

HOWEVER HOUSEHOLD MORTGAGE COMPANY HAS ADVISED ME THAT THEY INTEND TO FORECLOSE AND SELL THE HOME AT AUCTION ON MAY 24, 2005.

I WOULD ASK THE COURT TO DELAY THIS AUCTION AND LET THE ALREADY SCHEDULED SALE TO TAKE PLACE AND ALLOW FULL PAYMENT TO BE MADE TO THEM FROM THE PROCEEDS OF THE SALE. TO THIS END I ALSO REQUEST THE REMOVAL OF THE WORD FORECLOSURE FROM MY DEED (title)

Elizabeth J. Flattes
5/16/05

5-19-05 (Chin, J) After hearing the motion to allowed until further order of the court. Attest David M. Biggs Asst. Clerk.
↳ The scheduled auction is here by stayed
cc: in hand

| CIVIL ACTION COVER SHEET | 05-00567 A | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

| PLAINTIFF(S) Elizabeth J. Flattes | DEFENDANT(S) HSBC |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Pro/se 508-586-7243 275 Summer St. Brockton, MA 02302 Board of Bar Overseers number: | ATTORNEY (if known) Doonan, Graves & Longoria 100 Cummings Center Beverly, MA 01915 |

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| D99 | Injunctive Relief | (F) | ( ) Yes (✓) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses .......................................................... $.........
  2. Total Doctor expenses ........................................................... $.........
  3. Total chiropractic expenses .................................................... $.........
  4. Total physical therapy expenses .............................................. $.........
  5. Total other expenses (describe) .............................................. $.........
  Subtotal $.........
B. Documented lost wages and compensation to date ........................ $.........
C. Documented property damages to date ........................................ $.........
D. Reasonably anticipated future medical and hospital expenses .......... $.........
E. Reasonably anticipated lost wages ............................................. $.........
F. Other documented items of damages (describe)
  $.........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

  $.........
  TOTAL $. -0-.....

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

  TOTAL $. ..........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _Elizabeth J. Flattes_ DATE: 5/16/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court

CIVIL DOCKET# **PLCV2005-00567**

Elizabeth J. Flattes, Plaintiff(s)
vs.
P.O. Box 17580 HSBC Mortgage Services

, Defendant(s)

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

MAY 1 6 2005

CLERK

### SUMMONS AND ORDER OF NOTICE

To the above-named:
You are hereby summoned and required to serve upon **Elizabeth J. Flattes**, plaintiff's attorney, whose address is **275 Summer Street Brockton, MA 02302**, an answer to the complaint/cross claim/counterclaim which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint/ cross claim/counterclaim. You are also required to file your answer to the complaint/ cross claim/counterclaim in the office of the Clerk of this Court at Brockton either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application has been made in said action, as appears in the complaint, for a preliminary injunction and that a hearing upon such application will be held at the court house at said Plymouth County Superior Court, in Brockton on **05/19/2005, at 02:00 PM in CtRm 4 (72 Belmont Street, Brockton)**, at which time you may appear and show cause why such application should not be granted.

**Witness, Barbara J. Rouse,** Esquire, Chief Justice of the Superior Court, at Brockton, Massachusetts this 16th day of May, 2005.

..................................................................
Clerk

**(AFFIX RETURN OF SERVICE ON BACK OF SUMMONS)**

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

cvcsumornot_2.wpd 49903 hrgpin brennank



```
          NITED STATES
          POSTAL SERVICE
       ***** WELCOME TO *****
             BROCKTON MPO
          Brockton, MA 02302-9998
            05/16/05 02:48PM

Store    USPS        Trans    103
Wkstn    sys5004     Cashier  XM3K0B
Cashier's Name       ELIZABETH
Stock Unit Id        WINBETSY
PO Phone Number      800-275-8777
USPS #               4371430401

 1. Exp. Mail PO-ADD          15.40
    Destination:    21297
    Weight:         1.50 oz.
    Postage Type:   PVI
    Total Cost:     15.40
    Base Rate:      13.65
    Label#:
      ED546165000US
          SERVICES
    Rtn Recpt (Green Card)   1.75

Subtotal                      15.40
Total                         15.40

Cash              -           20.00
Change Due
    Cash                       4.60

Number of Items Sold: 1

   Avoid waiting in line, use our
      Automated Postal Center
        in our Self-Service lobby
               www.usps.com
```

Express Mail label:
TO: H.S.B.C. Mortgage Services
P.O. Box 17580
Baltimore, M.D.
ZIP: 21297+1580

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output

5/18/2005

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE

ED 546165000 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 02302
- Day of Delivery: Next
- Postage: $13.65
- Date Accepted: 5/16/05
- Scheduled Date of Delivery: Month 5 Day 17
- Return Receipt Fee: $1.75
- Time Accepted: 2:50 PM
- Scheduled Time of Delivery: Noon
- Total Postage & Fees: $15.40
- Flat Rate or Weight: 1 lb 5 oz

**FROM:**
E. FLAITES
275 Summer St.
Brockton, Ma 02302

**TO:**
H.S.B.C. Mortgage Services
P.O. Box 17580
Baltimore, MD
ZIP+4: 21297+1580

Postmark: MA 02302, MAY 16 2005



# UNITED STATES POSTAL SERVICE

## Track & Confirm

**Current Status**

You entered ED54 6165 000U S

Your item was delivered at 12:52 pm on May 17, 2005 in BALTIMORE, MD 21297 to HOUSEHOLD 21297. The item was signed for by J STRAUSS.

*Shipment Details >*

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

**Notification Options**

▸ **Track & Confirm by email**   What is this?   *Go >*
▸ **Request Proof of Delivery**   What is this?   *Go >*



POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output                    5/18/2005

# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court

Plymouth, ss

CIVIL DOCKET# PLCV2005-00567

RE: **Flattes v HSBC Mortgage Services**

TO: Elizabeth J. Flattes
  275 Summer Street
  Brockton, MA 02302

*[FILED stamp: Commonwealth of Massachusetts, Superior Court Dept. of the Trial Court, Plymouth County, MAY 19 2005, Clerk]*

### PRELIMINARY INJUNCTION

This action came on to be heard before the Court upon the return of an Order of Notice to show cause why the application for a preliminary injunction should not be granted, and was argued by counsel; and upon consideration thereof,

It is **ORDERED and ADJUDGED** that , and until further order of the Court, the application under the prayers of the complaint is hereby granted; and the defendant(s), HSBC Mortgage Services its agents, servants, attorneys and deputies are **ENJOINED AND RESTRAINED** from (as indicated in the entry made on the case docket as follows): The scheduled auction is hereby stayed until further order of the court.

Dated at Brockton, Massachusetts this 19th day of May, 2005.

Richard J. Chin, Justice

BY: *[signature]*
Assistant Clerk

Telephone: (508) 583-8250 ext. 305

*[handwritten: 5-19-05 cc: in hand ✓]*

cvdpinj_2.wpd 458930 pinj brennank

FROM :platinum realty          FAX NO. :15088231181          May. 20 2005 08:30AM  P2

# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court

Plymouth, ss                                              CIVIL DOCKET# PLCV2005-00567

RE:  **Flattes v HSBC Mortgage Services**

TO: Elizabeth J. Flattes
    275 Summer Street
    Brockton, MA 02302

### PRELIMINARY INJUNCTION

This action came on to be heard before the Court upon the return of an Order of Notice to show cause why the application for a preliminary injunction should not be granted, and was argued by counsel; and upon consideration thereof,

It is **ORDERED** and **ADJUDGED** that  . and until further order of the Court, the application under the prayers of the complaint is hereby granted; and the defendant(s), HSBC Mortgage Services its agents, servants, attorneys and deputies are **ENJOINED AND RESTRAINED** from (as indicated in the entry made on the case docket as follows): The scheduled auction is hereby stayed until further order of the court.

Dated at Brockton, Massachusetts this 19th day of May, 2005.

                                                            Richard J. Chin, Justice

                                        BY: ........................................
                                                            Assistant Clerk

Telephone: (508) 583-8250 ext. 305

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __FLATTES V. HSBC__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   [✓] I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   [ ] II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   [ ] IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [✓]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [✓]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [✓]   NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]   NO [✓]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [✓]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [✓]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __RENEAU J. LONGORIA ESQ. DOONAN, GRAVES & LONGORIA LLC__
ADDRESS __100 CUMMINGS CENTER, SUITE 213C, BEVERLY, MA 01915__
TELEPHONE NO. __978-921-2670 EXT 18__

(CategoryForm.wpd - 5/2/05)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
ELIZABETH FLATTES
(PRO SE)

**DEFENDANTS**
HSBC MORTGAGE SERVICES

(b) County of Residence of First Listed Plaintiff  PLYMOUTH
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  FLORIDA (HILLSBOROU
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
PRO SE ELIZABETH FLATTES, 275 SUMMER STREET, BROCKTON, MA 02302

Attorneys (If Known)
DOONAN, GRAVES & LONGORIA LLC, 100 CUMMINGS CENTER, SUITE 213 C, BEVERLY, MA 01915

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☒ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1446 (REMOVAL FROM STATE COURT)
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:  JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):  JUDGE   DOCKET NUMBER

DATE  6-17-05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE