Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2005-00567
### Flattes v HSBC Mortgage Services

| | | | | | |
|---|---|---|---|---|---|
| File Date | 05/16/2005 | Status | Needs review for service (acneserv) | | |
| Status Date | 05/16/2005 | Session | A - Civil A - CtRm 5 (Brockton) | | |
| Origin | 1 | Case Type | D99 - Misc equitable remedy | | |
| Lead Case | | Track | F | | |
| Service | 08/14/2005 | Answer | 10/13/2005 | Rule12/19/20 | 10/13/2005 |
| Rule 15 | 10/13/2005 | Discovery | 03/12/2006 | Rule 56 | 04/11/2006 |
| Final PTC | 05/11/2006 | Disposition | 07/10/2006 | Jury Trial | Unknown |

### PARTIES

**Plaintiff**
Elizabeth J. Flattes
275 Summer Street
Brockton, MA 02302
Phone: 508-586-7243
Active 05/16/2005 Notify

**Defendant**
HSBC Mortgage Services
P.O. Box 17580
Baltimore, MD 21297-1580
Service pending 05/16/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/16/2005 | 2.0 | Summons and order of notice issued; returnable May 19, 2005 @ 2:00 in Brockton |
| 05/16/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 05/16/2005 | | Issue order of notice - returnable May 19, 2005 *will serve via long arm via certified mail return receipt requested (John B. Deady, Asst. Clerk) |
| 05/16/2005 | | Origin 1, Type D99, Track F. |
| 05/19/2005 | | MOTION for Preliminary Injunction ALLOWED (Richard J. Chin,Justice) cc: in hand |
| 05/19/2005 | 3.0 | Preliminary injunction issued ENJOINED from: See Order (Richard J. Chin,Justice) cc: in hand |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 05/19/2005 | Civil A - CtRm 5 (Brockton) | Motion/Hearing: prel inj | Event held as scheduled |